**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**ALBERT RAY HARRIS,**                                                                        **PETITIONER**

v.                                                      **No. 3:08CV15-A-S**

**STATE OF MISSISSIPPI, ET AL.**                                                **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the state's motion [6] to dismiss is hereby **GRANTED**, and the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

In light of this ruling, the petitioner's motion [7] to dismiss his state court indictment and motion [8] for bond pending final judgment in this case are hereby **DENIED**, and this case is **CLOSED.**

**SO ORDERED,** this the  26th  day of November, 2008.

                                                                            **/s/ Sharion Aycock**
                                                                            **U. S. DISTRICT JUDGE**